FILED 20 SEP '11 16:11 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 11-CR-374-MO |
| v. | **INDICTMENT** |
| JEREMIAH JAMES JOHNSON, | 18 U.S.C. § 113(a)(1) |
| Defendant. | 18 U.S.C. § 113(a)(3) |

THE GRAND JURY CHARGES:

COUNT 1
ASSAULT WITH INTENT TO COMMIT MURDER

On or about July 24, 2011, in the District and State of Oregon, at a place within the special maritime and territorial jurisdiction of the United States, in Indian Country, namely the Confederated Tribes of the Umatilla Indian Reservation, **JEREMIAH JAMES JOHNSON**, an Indian male, defendant herein, did assault LAS, an Indian male, with intent to commit murder, by stabbing him in the head, chest, arm, and torso with a knife, all in violation of Title 18, United States Code, Sections 1153, and 113(a)(1).

///

///

///

///

///

PAGE 1 -     INDICTMENT
            *United States v. Jeremiah James Johnson*

## COUNT 2–ASSAULT WITH A DANGEROUS WEAPON

On or about July 24, 2011, in the District and State of Oregon, at a place within the special maritime and territorial jurisdiction of the United States, in Indian Country, namely, the Confederated Tribes of the Umatilla Indian Reservation, **JEREMIAH JAMES JOHNSON**, an Indian male, defendant herein, did intentionally assault with intent to do bodily harm to LAS, an Indian male, by stabbing him in the head, chest, arm, and torso with a dangerous weapon, namely a knife, said assault having resulted in bodily harm, all in violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

Dated this 20th day of September, 2011

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

DWIGHT C. HOLTON
United States Attorney

JOHNATHAN S. HAUB, OSB #76165
Assistant United States Attorney

PAGE 2 -   INDICTMENT
            *United States v. Jeremiah James Johnson*