Benjamin T. Andersen, *Of Counsel*
Pacific Northwest Law, LLP
1420 World Trade Center
121 S.W. Salmon Street
Portland, Oregon 97204
t. 503.222.2510 f. 503.546.0664
btandersen@pacificnwlaw.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| UNITED STATES OF AMERICA,<br>                Plaintiff,<br>v.<br>Jeremiah James JOHNSON,<br>                Defendant. | Case No. 3:11-CR-374-MO<br><br>SECOND UNOPPOSED MOTION TO CONTINUE TRIAL |
|---|---|

    Jeremiah Johnson moves this court for its order postponing the trial date (presently set on October 30, 2012) to a date in January of the upcoming year or later.

    The additional time requested is necessary so that the defense can continue to investigate this case, and so that the parties can continue to negotiate the case. Mr. Johnson is presently lodged pretrial at Sheridan FDC.

    Mr. Johnson understands the need to postpone trial and understands that any delay would be excludable under the Speedy Trial Act.

    SO MOVED this 17th day of October, 2012.

                                        Pacific Northwest Law, LLP

                                        _____/s/_____
                                        Benjamin T. Andersen, OSB 06256
                                        Attorney for Defendant